IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-03011-03-CR-S-DW |
| ) | |
| SAMUEL JERRY COUNTS, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On October 4, 2006, this Court entered a Preliminary Order of Forfeiture, which ordered Defendant Samuel Jerry Counts to forfeit the $573.00 in United States currency seized from him on December 13, 2005.

The United States caused to be published in the *Springfield News-Leader*, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

No timely claim has been filed.

The Court finds that Defendant Samuel Jerry Counts had an interest in the property that is subject to forfeiture.

Therefore, it is hereby **ORDERED, ADJUDGED AND DECREED**:

That the $573.00 in United States currency is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853(n).

**IT IS FURTHER ORDERED THAT** all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

**IT IS FURTHER ORDERED THAT** the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**IT IS FURTHER ORDERED THAT** the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office, Attention: Robyn L. McKee, Assistant U.S. Attorney 901 St. Louis, Suite 500, Springfield, MO 65806-2511.

**IT IS SO ORDERED**.

       /s/ DEAN WHIPPLE
          Dean Whipple
          United States District Judge

Date:   December 20, 2007